IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAURICE BULLOCK, #189070, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-CV-966-MHT |
| | ) | [WO] |
| | ) | |
| KENNETH JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Maurice Bullock ["Bullock"], a state inmate, filed the instant complaint challenging conditions of confinement and actions taken against him during his confinement in the Mental Health Unit at the Bullock Correctional Facility. On March 5, 2012, the plaintiff filed a document in which he seeks to dismiss his claims against defendant King as she has taken no action that violates his constitutional rights (Doc. No. 42). The court therefore construes this pleading to contain a motion to dismiss Mrs. King as a defendant in this cause of action.

Upon consideration of the plaintiff's motion to dismiss, the court concludes this motion is due to be granted. Furthermore, since the plaintiff concedes that defendant King did not act in violation of his constitutional rights, the court concludes that any claims against this individual should be dismissed with prejudice.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

    1.  The plaintiff's motion to dismiss be GRANTED.

    2.  The claims against Mrs. King be dismissed with prejudice.

    3.  Mrs. King be dismissed as a party to this cause of action.

    4.  This case, with respect to the plaintiff's claims against the remaining defendants, be referred back to the undersigned for additional proceedings.

It is further

ORDERED that on or before March 20, 2012, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit

handed down prior to the close of business on September 30, 1981.

DONE, this 6th day of March, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE