IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAURICE BULLOCK, #189070, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11cv966-MHT |
| | ) | (WO) |
| KENNETH JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 16, 2012, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that:

(1)   The recommendation of the magistrate judge (Doc. # 40) is adopted.

(2)   The motion for preliminary injunction filed by plaintiff (Doc. # 2) is denied.

(3)   This case is referred back to the magistrate judge for additional proceedings.

DONE, this the 13th day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE