```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| MAURICE BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:11cv966-MHT |
| | ) | |
| WARDEN KENNETH JONES, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 45) is adopted.

(2) The plaintiff's motion to dismiss (doc. no. 42) is granted.

(3) Defendant "Mrs. King" and the claims against her are dismissed with prejudice.

Because there are still other defendants and claims left in this case, this case is not closed.

DONE, this the 20th day of April, 2012.

        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE