IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAURICE BULLOCK, #189070,       )
                                )
        Plaintiff,               )
                                )
    v.                           )   CIVIL ACTION NO. 2:11cv966-MHT
                                )                (WO)
KENNETH JONES, et al.,          )
                                )
        Defendants.              )

**ORDER**

On July 20, 2012, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. #57) is adopted and that:

1. The plaintiff's motions to dismiss (Doc. ## 53 & 55) are granted.

2. The plaintiff's claims against Sgt. Hampton, Mrs. King, Edward Haynes, Solomon Hillman, Jay King, Frederick Moore and Rebecca Bonner are dismissed with prejudice.

3. The plaintiff's claims against Warden Kenneth Jones and Capt. Jenkins are dismissed without prejudice.

4. This case is dismissed.

5. No costs are taxed herein.

Done this the 28th day of September, 2012.

        /s/   Myron H. Thompson  
   UNITED STATES DISTRICT JUDGE